# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1408.  CHRISTY  POON-ATKINS  v.  GEOSAM  CAPITAL  US (GEORGIA), LLC.

In this civil action, defendant Christy Poon-Atkins filed the instant direct appeal from the trial court's order denying her motion to dismiss the plaintiff's complaint.[1] We lack jurisdiction.

Because this action remains pending below, the defendant was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the denial of her motion to dismiss. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). The defendant's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/10/2023*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*

---

[1] The defendant directed her appeal to the Supreme Court of Georgia, which transferred it here. Case No. S23A0689 (Apr. 4, 2023).